UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
KERRY and MICHAEL WASHBURN, )
)  No. C11-0822RSL
               Plaintiffs, )
    v. )
) ORDER GRANTING PLAINTIFFS'
GYMBOREE RETAIL STORES, INC., *et al.*, ) MOTION FOR PARTIAL NON-SUIT
)
               Defendants. )
_____)

      This matter comes before the Court on "Plaintiffs' Motion for Partial Non-Suit." Dkt. # 21.  Defendants do not oppose the voluntary dismissal of certain claims.  Dkt. # 23. Plaintiffs' motion is therefore GRANTED.  All claims against defendant Gymboree Operations, Inc., are hereby DISMISSED without prejudice.

      Dated this 19th day of March, 2012.

                                /s/ Robert S. Lasnik
                             Robert S. Lasnik
                             United States District Judge