UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KERRY and MICHAEL WASHBURN,

        Plaintiffs,

v.

GYMBOREE RETAIL STORES, INC., *et al.*,

        Defendants.

No. C11-0822RSL

ORDER GRANTING PLAINTIFFS'
MOTION FOR PARTIAL NON-SUIT

This matter comes before the Court on "Plaintiffs' Motion for Partial Non-Suit." Dkt. # 21. Defendants do not oppose the voluntary dismissal of certain claims. Dkt. # 23. Plaintiffs' motion is therefore GRANTED. All claims against defendant Gymboree Operations, Inc., are hereby DISMISSED without prejudice.

Dated this 19th day of March, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS'
MOTION FOR PARTIAL NON-SUIT