THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KERRY and MICHAEL WASHBURN, husband and wife,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GYMBOREE RETAIL STORES, INC., d/b/a GYMBOREE, a California corporation; GYMBOREE OPERATIONS, INC., d/b/a GYMBOREE, a California corporation; FRAN ANYAN and John Doe ANYAN and the marital community comprised thereof,<br><br>　　　　　　Defendants. | No. 2-11-cv-0822-RSL<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR SUBMITTING TRIAL BRIEFS AND JOINT PRETRIAL STATEMENT |

## **STIPULATION**

In light of the Court's summary judgment ruling yesterday, the parties have conferred and jointly request a brief extension for submitting trial briefs and the joint pretrial statement, which are now due September 5, 2012. The parties respectfully ask the Court to extend the due date to Monday, September 10, 2012.

STIPULATION AND ORDER
(No. 2-11-cv-0822-RSL) – 1

37579-0034/LEGAL24583783.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this 5th day of September, 2012.

| | |
|---|---|
| **McGAUGHEY BRIDGES DUNLAP PLLC** | **PERKINS COIE LLP** |
| By: *s/ Dan'L W. Bridges* <br> Dan'L W. Bridges, WSBA #24179 | By: *s/ James Sanders* <br> James Sanders, WSBA #24565 |
| Attorneys for Plaintiffs | **NIXON PEABODY LLP** |
| | By: *s/ Paul R. Lynd* <br> Paul R. Lynd, pro hac vice <br> Michael C. Hallerud, WSBA 11477 |
| | Attorneys for Defendants |

## ORDER

Based on the foregoing stipulation,

IT IS SO HEREBY ORDERED.

DATED this 6th day of September, 2012.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

**PERKINS COIE LLP**

*s/ James Sanders*
James Sanders, WSBA #24565

**NIXON PEABODY LLP**

*s/ Paul R. Lynd*
Paul R. Lynd, pro hac vice
Michael C. Hallerud, WSBA 11477
**Attorneys for Defendants**

**McGAUGHEY BRIDGES DUNLAP PLLC**

*s/ Dan'L W. Bridges*
Dan'L W. Bridges, WSBA #24179
**Attorneys for Plaintiffs**

STIPULATION AND ORDER (No. 2-11-cv-0822-RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

37579-0034/LEGAL24583783.1